```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 11821
   ROBERT RODRIGUEZ
   MARIA RODRIGUEZ                                CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-1957     SSN XXX-XX-1560

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/02/2007 and was not confirmed.

     The case was dismissed without confirmation 10/31/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
US BANK CONSUMER FINANCE SECURED VEHIC     9616.61              .00            .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG         .00              .00            .00
US BANK                  UNSECURED          533.51              .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE         .00              .00            .00
AMEX                     UNSECURED       NOT FILED              .00            .00
AMSHER COLL              UNSECURED       NOT FILED              .00            .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED              .00            .00
CAPITAL ONE BANK         UNSECURED       NOT FILED              .00            .00
MRSI                     UNSECURED       NOT FILED              .00            .00
NICOR GAS                UNSECURED       NOT FILED              .00            .00
SEARS/CBSD               UNSECURED       NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSECURED          342.63              .00            .00
US BANK                  UNSECURED       NOT FILED              .00            .00
ZENITH ACQUISITIONS      UNSECURED       NOT FILED              .00            .00
WILSHIRE CREDIT CORPORAT SECURED NOT I         .00              .00            .00
WILSHIRE CREDIT CORPORAT SECURED NOT I         .00              .00            .00
HARRIS & HARRIS          UNSECURED       NOT FILED              .00            .00
LIGHTHOUSE FINANCIAL     UNSECURED       NOT FILED              .00            .00
RESURGENT CAPITAL SERVIC UNSECURED          258.97              .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED          300.00              .00            .00
BENNIE W FERNANDEZ       DEBTOR ATTY          .00                              .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11821 ROBERT RODRIGUEZ & MARIA RODRIGUEZ
```

```
DEBTOR REFUND                                                        .00
                                     ---------------     ---------------
TOTALS                                          .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/25/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE